No. 732. CRICHTON ET AL., DOING BUSINESS AS SUPER SERVICE MOTOR FREIGHT CO., ET AL. *v.* UNITED STATES ET AL. January 29, 1945. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. (1) *North Coast Transportation Co.* v. *United States, ante,* p. 668; *Carolina Scenic Coach Lines* v. *United States, ante,* p. 678; (2) *Alton R. Co.* v. *United States,* 315 U. S. 15, 24; and (3) *United States* v. *Pan American Petroleum Corp.,* 304 U. S. 156, 158. *Messrs. William A. Roberts, Edgar Turlington, James E. Wilson,* and *Mrs. Irene Kennedy* for appellants. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al., and *Mr. Mortimer Allen Sullivan* for Associated Transport, Inc. et al., appellees.